Jay W. Rapp, Administrator of Estate of George Tong, Deceased, Appellant, v. Grace E. Goerlitz and Charles Goerlitz, Appellees.

Gen. No. 41,873.

Heard in first division, first district, this court at October term, 1941; opinion filed March 23, 1942. Chadwick, Johnson & Leone, for appellant; W. H. Chadwick and A. Andrew Leone, of counsel; William Chones and Harry A. Biossat, for appellee. Opinion by JUSTICE MATCHETT. "Not to be published in full."

Jay W. Rapp, Administrator of Estate of George Tong, Deceased, Appellee, v. Grace E. Goerlitz and Charles Goerlitz, Defendants.
Appeal of Charles Goerlitz, Appellant.

Gen. No. 41,939.